UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUZANNE DOE,

                Plaintiff,

    v.

EEOC, et al.,

                Defendants.

Case No.  C05-5720JKA

ORDER

        Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 1) is **incomplete**.  Local Civil Rule CR 3 states the following:

        (a) Civil Cover Sheet Required. Every complaint shall be accompanied by a Civil Cover Sheet, Form JS-44 revised. Form JS-44 revised with instruction sheet may be obtained from the clerk.

        (b) Proceedings In Forma Pauperis. At the time application is made under 28 U.S.C. § 1915 or other applicable acts of Congress, for leave to commence any civil action or to file any petition or motion without being required to prepay fees and costs or give security for them, each petitioner, movant or plaintiff shall:
                (1) Complete the in forma pauperis affidavit approved for use in this district; and
                (2) File a written consent that the recovery, if any, in the action, to such amount as the court may direct, shall be paid to the clerk who may pay therefrom all unpaid fees and costs taxed against the plaintiff, and to his attorney the amount which the court allows or approves as compensation for the attorney's services.
                (3) In all proceedings in forma pauperis, for a writ of habeas corpus, or under 28 U.S.C. § 2255, the marshal shall pay all fees of witnesses for the party authorized to proceed in forma pauperis, upon the certificate of the judge.

Plaintiff has not filed her application on the court approved form, nor has she filed the appropriate consent for payment form.

ORDER
Page - 1

1   Accordingly, plaintiff shall complete and file the appropriate documentation to amend her
2 motion/application to proceed in forma pauperis **by not later than December 31, 2005.** Otherwise, the
3 matter may be dismissed by the court.
4   The clerk is directed to send a copy of this order to plaintiff along with the appropriate blank forms.
5   DATED this 5th day of December, 2005.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 2