UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SUZANNE DOE,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>EQUAL OPPORTUNITY EMPLOYMENT COMMISSION, *et al.*,<br><br>　　　　　　Defendants. | Case No.  C05-5720JKA<br><br>ORDER GRANTING I.F.P. APPLICATION |

　　　Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 1) is **GRANTED**.  Plaintiff does not appear to have funds available to afford the $250.00 filing fee.  Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

　　　The Clerk is directed to mail a copy of this Order to plaintiff.

　　　DATED this 3rd day of January, 2006.


　　　　　　　　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　　J. Kelley Arnold
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
Page - 1