UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUZANNE CAREY,

    Plaintiff,

    v.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, SEATTLE FIELD OFFICE; VALERIE JOHNSON, RODERICK USTANIK,

    Defendants.

Case No. C05-5720FDB

ORDER ON PENDING MOTIONS, DOCKET NUMBERS 11, 12, 13, and 22

    Among other things, Plaintiff alleges violations of the Americans with Disabilities Act associated with her termination from employment and asserts failures of the EEOC in the handling of her case. Plaintiff, who has been allowed to proceed *in forma pauperis* has filed several motions.

    First, Plaintiff moved to correct names as follows: Change "Equal Opportunity Employment Commission" on her Complaint to "Equal Employment Opportunity Commission"; and change her name from Suzanne Doe to Suzanne Carey. There is no opposition to this motion and it will be granted.

    Second, she moved for counsel from the pro bono screening committee on March 17, 2006, and this matter was referred to the panel for consideration. The pro bono screening committee

ORDER - 1

advised the Court of its decision by letter received May 16, 2006, and the Court now hereby denies appointment of counsel.

Third, Plaintiff moves for an extension of time for proper service upon the United States Attorney and the U.S. Attorney General.  The docket indicates service of process made thereafter on certain parties and the appearance of counsel for Defendants.  This motion now appears to be moot as of March 27, 2006, as such it will be stricken from the Court's calendar.

Fourth, Plaintiff moves that the undersigned judge decide whether to proceed with this case or recuse himself, noting her previous case before this Court.  The undersigned finds no reason to recuse himself in this matter , and treating Plaintiff's document as a motion to recuse, hereby denies the motion.

NOW, THEREFORE, IT IS ORDERED:

1. Plaintiff's Motion for More Definite Statement To Correct Names [Dkt. # 11] is GRANTED and heretofore the caption shall show Plaintiff's name as Suzanne Carey and Defendant Equal Opportunity Employment Commission is changed to Equal Employment Opportunity Commission;

2. Plaintiff's Motion for More Definite Statement For Appointment of Counsel by Pro-Bono Screening Committee [Dkt. # 12] is DENIED;

3. Plaintiff's Motion for Extension of Time to Properly Serve Documents to U. S. Attorney *et al.* [Dkt. # 13] is STRICKEN from the Court's calendar as MOOT;

4. Plaintiff's Motion for More Definite Statement for The Hon. Judge Burgess to Either Recuse or Affirm [Dkt. # 22] is treated as a Motion for Recusal and is DENIED.

DATED this 22nd day of May, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2