UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUZANNE CAREY,

    Plaintiff,

v.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC)– SEATTLE FIELD OFFICE; VALERIE JOHNSON, RODERICK USTANIK,

    Defendants.

Case No. C05-5720FDB

ORDER DENYING RELIEF FROM JUDGMENT and DENYING MOTION FOR TWO MINUTE ORDERS

    Plaintiff moves for relief from Judgment in this case. The Court finds no reason for such relief, and the motion will be denied.

    Plaintiff also moves for two minute orders, evidently referring to the initial orders the Court enters when a new case is filed in order to set trial and pretrial dates, among other things. This case, however, is closed, and Plaintiff's motion is inappropriate.

    ACCORDINGLY, IT IS ORDERED:

    1. Plaintiff's Motion for Relief from Judgment [Dkt. # 36] is DENIED;

    2. Plaintiff's Motion for Two Minute Orders [Dkt. # 39] is DENIED;

    3.. Plaintiff's Miscellaneous Motion [Dkt. # 35] to put document # 25 back on the PACER

ORDER - 1

1  website is STRICKEN as Plaintiff may inquire of the Clerk's office if there is a problem with the

2  PACER system.

3      4.  Plaintiff is ORDERED to file no further documents in this closed case, and failure to abide

4  by this Order may result in monetary sanctions against Plaintiff.

5      DATED this 23rd day of August, 2006.

                            FRANKLIN D. BURGESS
                            UNITED STATES DISTRICT JUDGE

ORDER - 2