1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
9              AT TACOMA

10   SUZANNE CAREY,

11            Plaintiff,
                                          Case No. C05-5720FDB
12        v.
                                          ORDER BARRING PLAINTIFF
13   EQUAL EMPLOYMENT OPPORTUNITY         FROM FILING ELECTRONICALLY
     COMMISSION,
14
              Defendant.
15

16        This cause of action has been dismissed, and the Court has admonished Plaintiff not to file

17   any further documents in this case [Dkt. # 40]. Plaintiff's appeal was dismissed [see Dkt. #s 56, 57,

18   & 59]. Plaintiff continues to file documents electronically [Dkt. #s 60, 61]. NOW, THEREFORE,

19        IT IS ORDERED: Plaintiff is BARRED from filing documents electronically in this case.

20        DATED this 19th day of March, 2007.

21

22        _____
          FRANKLIN D. BURGESS
23        UNITED STATES DISTRICT JUDGE

24

25

26   ORDER - 1