UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUZANNE CAREY,

    Plaintiff,

    v.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Defendant.

Case No. C05-5720FDB

ORDER DENYING SECOND MOTION FOR RECUSAL

This cause of action, as well as the appeal herein, has been dismissed. [Dkt. #32 & #59] Plaintiff has been directed to file no further documents in this closed case. [Dkt. # 40 & 62] Nevertheless, Plaintiff continues to file documents in this cause of action. NOW, THEREFORE,

IT IS ORDERED:

1. Plaintiff's Motion for More Definite Statement [Dkt. # 61] appears to be directed to the Ninth Circuit Court of Appeals, but to the extent that it is directed to this Court and appears on our motion calendar it is found to be improper and is DENIED.

2. Plaintiff's Second Motion for Recusal [Dkt. # 63] also is improper and is DENIED.

SO ORDERED.

DATED this 29th day of March, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1