UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUZANNE CAREY,

    Plaintiff,

  v.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Defendant.

Case No. C05-5720FDB

ORDER DENYING PLAINTIFF'S
THIRD MOTION FOR RECUSAL

    Plaintiff moves again for recusal of the undersigned. This cause of action is closed, and no further motions are appropriate. NOW, THEREFORE,

    IT IS ORDERED: Plaintiff's Third Motion for Recusal [dkt. # 65] is DENIED.

    DATED this 16th day of April, 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1