1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11

SUZANNE CAREY,

        Plaintiff,

12

        v.

13

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

14
15

        Defendant.

Case No. C05-5720FDB

ORDER DENYING MOTION FOR
INFORMATION

16        Plaintiff has filed a "Declaration/Motion for Information." This cause of action is closed, and

17 no further motions are appropriate.  ACCORDINGLY

18        IT IS ORDERED: Plaintiff's Declaration/Motion for Information [Dkt. # 67] is DENIED.

19        DATED this 11th day of May, 2007.

20

21
        _____
22        FRANKLIN D. BURGESS
        UNITED STATES DISTRICT JUDGE

23
24
25
26 ORDER - 1